UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO.: 0-19-cv-61545-BLOOM/Valle

CORE CENTER II, LLC a/s/o John Doe VI,

Plaintiff,

v.                                    **NOTICE OF DISMISSAL WITH PREJUDICE**

BLUE CROSS AND BLUE SHIELD OF
FLORIDA, Inc.,

Defendant.
_____/

COMES NOW the Plaintiff CORE CENTER II, LLC a/s/o John Doe VI, that the above cause having been amicably settled, be dismissed with prejudice and that each party shall bear its own costs and attorneys' fees.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 23, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send a copy of the Notice of Electronic Filing to the following:   Jennifer A. Mansfield, Esquire, jennifer.mansfield@hklaw.com; Holland and Knight, LLP, 50 North Laura Street, Suite 3900, Jacksonville, FL 32202; Timothy J. Conner, Esquire, timothy.conner@hklaw.com, Holland and Knight, LLP, 50 North Laura Street, Suite 3900, Jacksonville, FL 32202.

STEVEN M. DUNN, P.A.
Attorney for Plaintiff, Fla. Bar #488534
11900 Biscayne Boulevard, Suite 600
Miami, FL 33181
Telephone: (305) 868-1400
Facsimile:   (305) 868-1409
E-mail:   sdunn@smdunnlaw.com

By:   _____
        STEVEN M. DUNN